UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 24, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

NICOLAS MEDINA,

      Defendant.

Case No.  2:26-mj-00030-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICOLAS MEDINA ,

Case No.  2:26-mj-00030-CKD , Charge 18 USC 3606, from custody for the following

reasons:

      Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

  X  Unsecured Appearance Bond $  4000.00

      Appearance Bond with 10% Deposit

      Appearance Bond with Surety

      Corporate Surety Bail Bond

  X  (Other):  The defendants' release is delayed until 03/25/2026 at 9:00 AM.

      Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 24, 2026, at 2:00 PM.

By: _____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE