HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
NICOLAS MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:26-mj-00030-CKD-1 |
| Plaintiff, | STIPULATION TO PERMIT TRAVEL |
| vs. | Judge: Hon. Allison Claire |
| NICOLAS MEDINA, | |
| Defendant. | |

**It is hereby stipulated** by and between the parties hereto through their respective counsel, Jaeon Hitt, Assistant United States Attorney, attorney for Plaintiff, and Douglas J. Beevers, Assistant Federal Defender, attorney for the Defendant, that Mr. Medina's release conditions be modified to permit his travel from the Western District of Texas to the Southern District of New York for court purposes. Mr. Medina is subject to GPS but is required to gain court authorization for overnight travel.

Mr. Medina has submitted his flight itinerary to the supervising officer in the Western District of Texas and he is requesting to be away from his home from 2:00 am on April 12, 2026-(5:50am flight departure) to 2:00 am on April 14, 2026

Mr. Medina and defense counsel have communicated this request to Supervisory Pretrial Services Officer, Ms. Renee Basurto.  Mr. Medina has previously provided all details regarding the trip to SPTSO Basurto, and is in full compliance with his supervision.

Stipulation to Permit Travel                                      -1-

Respectfully submitted,

Dated: April 10, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
NICOLAS MEDINA

ERIC GRANT
United States Attorney

*/s/Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Permit Travel                -2-

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED:  April  13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Permit Travel                                    -3-